STATE OF CONNECTICUT *v.* ANTHONY HOPKINS

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 565, is denied.

*David T. Grudberg,* special public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided October 3, 1991

FISKE H. VENTRES *v.* INLAND WETLANDS AND WATERCOURSES COMMISSION OF THE TOWN OF BURLINGTON ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 25 Conn. App. 572, is denied.

*Edward F. Scully,* in support of the petition.

*Charles W. Bauer,* in opposition.

Decided October 3, 1991

STATE OF CONNECTICUT *v.* CHRISTOPHER TAFT

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 578, is denied.

*Patricia Buck Wolf,* special public defender, in support of the petition.

*Marjorie Allen Dauster,* deputy assistant state's attorney, in opposition.

Decided October 3, 1991